Gibson, P. J., Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J.

In the Matter of Claim of EDGARD BABE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Aulisi, J.

In the Matter of ARTHUR C. FORD et al, Constituting the Board of Water Supply of the City of New York, Appellant, Relative to Acquiring Title to Real Property for the City of New York in the County of Delaware. FIRST NATIONAL BANK OF DOWNSVILLE, Respondent.— AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Aulisi, J.